**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN RIVERO, an individual and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>AUTOZONERS, LLC, a Nevada limited liability company; AUTOZONE INC., a Nevada corporation AUTOZONE WEST, LLC, a Nevada limited liability company; AUTOZONE PARTS, INC., a Nevada corporation; and JESUS BARRAGAN, an individual; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-03872-SPG-AS<br><br>**ORDER: JOINT STIPULATION TO STAY MATTER PENDING ARBITRATION**<br><br>Action Filed:   March 30, 2023<br>Removal Filed: May 19, 2023<br>Trial Date:    None |

1

Pursuant to the parties' stipulation, the parties agree to binding arbitration of all of Plaintiff's individual claims in the Complaint in a single arbitration. Upon review of the stipulation and proposed order, IT IS ORDERED THAT:

1.  The Stipulation of the parties to STAY this case pending binding arbitration of Plaintiff's individual claims is hereby **DENIED**. *See Forrest v. Spizzirri*, 62 F.4th 1201, 1203 (9th Cir. 2023) (holding that "district courts may dismiss suits when, as here, all claims are subject to arbitration"); *see also Thompson v. Citibank, N.A.*, No. 23-CV-1179 TWR (DEB), 2023 WL 4721102, at *1 (S.D. Cal. July 24, 2023) (dismissing case without prejudice and denying request to stay the case pending arbitration).

2.  The matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Date: July 28, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE